FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY - 4 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RANDY JAMES JERRED,<br><br>        Defendant. | No. CR-05-2023-AAM<br><br>**ORDER GRANTING<br>MOTION FOR RECONSIDERATION** |

**BEFORE THE COURT** is defendant's Motion For Reconsideration (Ct. Rec. 31). The defendant asks the court to reconsider its previous order denying his motion for a continuance of pretrial conference and trial dates. In this motion for reconsideration, defendant has supplied the detailed reasons that were missing from his previous motion for a continuance. Those reasons are compelling, the defendant is willing to waive his speedy trial rights, and the government does not object to a continuance. Accordingly, the Motion For Reconsideration (Ct. Rec. 31) is **GRANTED**.

    The pretrial conference set for May 5 is **STRICKEN** and is **CONTINUED** to **June 23, 2005 at 9:30 a.m.** and jury trial is continued to **July 5, 2005 at 9:00 a.m. in Yakima**. Pursuant to 18 U.S.C. §3161(h)(8)(A), the period of time from May 5, 2005 to July 5, 2005 is hereby declared **EXCLUDABLE DELAY** for purposes of computing time under the Speedy Trial Act because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**ORDER GRANTING
MOTION FOR RECONSIDERATION- 1**

Pretrial motions already filed by defendant (Ct. Rec. 35, 37 and 39) shall be heard on June 23, unless expedited hearing is requested and granted.. All other pretrial motions shall be served and filed no later than **June 3, 2005**. Responses to those other motions shall be served and filed no later than **June 10**. Replies shall be served and filed no later than **June 17**. The motions shall be noted for hearing at the time of the pretrial conference, unless expedited hearing is requested and granted.

**IT IS SO ORDERED**. The District Executive is directed to enter this order and forward copies to counsel, to the U.S. Marshal Service (Yakima), and to the U.S. Probation Office (Yakima).

**DATED** this 4 of May, 2005.

ALAN A. McDONALD
Senior United States District Judge

ORDER GRANTING
MOTION FOR RECONSIDERATION- 2